WILLIAM L. OSTERHOUDT (SBN 43021)
Law Office of William L. Osterhoudt
135 Belvedere Street
San Francisco, CA  94117
Tel: (415) 664-4600
Fax:(415) 664-4691
Email: osterhoudt@aol.com

Attorney for Defendant,
MICHAEL MINAHEN

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Dist. Court Case No. 14-0376 WHA |
| Plaintiff and Respondent, | **MICHAEL MINAHEN'S APPLICATION TO FILE PRE-SENTENCE REPORT UNDER SEAL** |
| v. | |
| MICHAEL JOHN MINAHEN, | |
| Defendant and Movant. | |

   Defendant Michael Minahen, by and through counsel, moves the Court for an Order, pursuant to Criminal Local Rule 56-1, permitting the under seal filing of Defendant's pre-sentence report.  This application is based on the attached declaration of counsel.

Dated:     June 24, 2016              Respectfully submitted,


                                          /s/    William L. Osterhoudt
                                         WILLIAM L. OSTERHOUDT

1

**DECLARATION OF COUNSEL**

I, William L. Osterhoudt, declare as follows:

1. I am an attorney duly licensed to practice law before this Court (SBN 043021). I have been appointed to represent defendant Michael Minahen in this case.

2. On June 22, 2016, Defendant Minahen filed a Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. § 2255. In his motion, Defendant indicated his intention to seek permission to file his pre-sentence report with the court in connection with this motion, under seal.

3. Accordingly, Defendant Minahen now seeks permission to file the pre-sentence report under seal. The reason for this request is that pre-sentence reports contain personal information and are expressly treated as confidential pursuant to N. D. Crim. Local Rule 32-7(a).

I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief. Executed this 24th Day of June, 2016, in San Francisco, California.

        /s/  William L. Osterhoudt
WILLIAM L. OSTERHOUDT
Attorney for Michael Minahen

[~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, it is hereby Ordered that Defendant Michael Minahen may file a copy of his pre-sentence report under seal.

**IT IS SO ORDERED.**

Dated:        June _30_, 2016                    _____
                                                 The Honorable William H. Alsup
                                                 United States District Court Judge