1

2

3

4

5

6                                IN THE UNITED STATES DISTRICT COURT

7                             FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   UNITED STATES OF AMERICA,                             No. CR 14-0376 WHA

11                Plaintiff,

12        v.                                               **ORDER GRANTING STAY**

13   MICHAEL JOHN MINAHEN,

14                Defendant.

15   _____/

16        Defendant, a federal prisoner, has filed a motion to vacate, set aside, or correct sentence

17   under 28 U.S.C. 2255 based on the Supreme Court's decision in *Johnson v. United States*, 576

18   U.S.___, 135 S. Ct. 2551 (2015).  The government moves to stay proceedings pending

19   resolution by the Supreme Court of the applicability of *Johnson* to the residual clause of Section

20   4B1.2 of the United States Sentencing Guidelines.  The Supreme Court has granted certiorari on

21   this issue in *Beckles v. United States of America*, S. Ct. Case No. 15-8544.  Defendant opposes a

22   stay.

23        This order concludes that a stay pending a decision in *Beckles* is appropriate.  Defendant

24   has been in custody for approximately 26 months (since August 19, 2014), and his hypothetical

25   revised guideline range would be 70 to 87 months.  Even if defendant is re-sentenced at the

26   low-end of the revised range, and even if defendant is eligible for good time credit, defendant

27   would not be released before the end of the Supreme Court's term in June 2017.  The Supreme

28   Court's decision in *Beckles* will clarify whether defendant is entitled to relief.  For these

**United States District Court**
For the Northern District of California

reasons, the government's motion for a stay is therefore **GRANTED**.

**IT IS SO ORDERED.**

Dated:  October 3, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California