IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff and Respondent,<br><br>v.<br><br>MICHAEL JOHN MINAHEN,<br><br>Defendant and Movant. | ) Dist. Court Case No. 14-0376 WHA<br>)<br>) **[PROPOSED] ORDER GRANTING**<br>) **VOLUNTARY DISMISSAL OF**<br>) **MOTION UNDER 28 U.S.C. § 2255**<br>)<br>)<br>)<br>)<br>)<br>) |

For good cause shown, Petitioner's Motion for Voluntary Dismissal of his Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255, is GRANTED. All remaining deadlines and/or hearing dates are hereby VACATED.

**IT IS SO ORDERED.**

March 22, 2017.
DATED

William Alsup
United States District Judge